## PISGAH OIL CO. v. WESTERN N.C. REG'L AIR POLLUTION CONTROL AGENCY

No. 406P00

Case below: 139 N.C. App. 402

Petition by petitioner (Pisgah Oil Company, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

## PRICE v. BREEDLOVE

No. 257P00

Case below: 138 N.C. App. 149

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

## RAGAN v. WHEAT FIRST SEC., INC.

No. 478P00

Case below: 138 N.C. App. 453

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

## RED HILL HOSIERY MILL, INC. v. MAGNETEK, INC.

No. 273P00

Case below: 138 N.C. App. 70

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

## SMITH v. SMITH

No. 409P00

Case below: 139 N.C. App. 450

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.